# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SCOTT RAMER,

    Plaintiff,

v.

MERRILL LYNCH CREDIT CORPORATION, *et al.*,

    Defendants.

Case No. 2:11-CV-00385-KJD-CWH

**ORDER**

Before the Court are the Motion to Dismiss (#16) and Alternative Motion to Stay Action and Compel Arbitration (#17) filed by Defendants Bank of America Corporation, Antonio Lopez, Merrill Lynch & Co., Inc., Merrill Lynch Credit Corporation (Collectively "Defendants").

Plaintiff Scott Ramer has filed no opposition to these Motions. Local Rule 7-2(d) provides that failure to oppose a motion "constitute[s] a consent to granting of the motion." The Motion to Dismiss appears to be supported by good cause. Accordingly, the Motion to Dismiss is granted. Since the Motion to Dismiss is granted, the Motion to Stay Action and Compel Arbitration moot.

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (#16) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Stay Action and Compel Arbitration (#17) is **DENIED** as moot.

DATED this 4th day of November 2011.

_____
Kent J. Dawson
United States District Judge